IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09cv0417 SWW |
| | * | |
| | * | |
| | * | |
| TIMOTHY B. CHAPPELL, INDIVIDUALLY | * | |
| and d/b/a GUZANO'S PIZZERIA; and | * | |
| GUZANO's PIZZARIA, INC., an unknown | * | |
| business entity d/b/a GUZANO'S PIZZERIA, | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiff J & J Sports Productions, Inc., having moved [doc.#3] this Court for Entry of Appearance Pro Hac Vice of its attorney Thomas P. Riley, plaintiff's motion is granted and attorney Thomas P. Riley is hereby permitted to appear pro hac vice as plaintiff's counsel in the above-styled action.[1]

IT IS SO ORDERED this 10th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise ordered, local counsel will not be required, attorney Thomas P. Riley affirming that he has read, acknowledged, and agreed to observe and be bound by the local rules and orders of this Court (which includes affirming to the jurisdiction of this Court in matters of discipline). *See* Local Rule 83.5.